

# Fourth Court of Appeals
## San Antonio, Texas

September 25, 2015

No. 04-15-00010-CV

Pedro **MARQUEZ**, Jr.,
Appellant

v.

Lisa A. **WATKINS**,
Appellee

From the County Court at Law, Starr County, Texas
Trial Court No. CC-14-89
Honorable Romero Molina, Judge Presiding

# O R D E R

On September 23, 2015, counsel for appellee filed a motion to withdraw. The motion is DENIED for failure to comply with Rule 6.5. *See* TEX. R. APP. P. 6.5(a) (a motion for leave to withdraw must contain "a list of current deadlines" in the case); *id*. R. 6.5(b) (requiring that the motion be "delivered to the party in person or mailed—both by certified and by first-class mail—to the party at the party's last known address").

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of September, 2015.

_____
Keith E. Hottle
Clerk of Court